and that of the justice affirmed," granted. See 33 N. Y. Supp. 103.

DAVIS, Respondent, v. JOHN T. NOYE MANUF'G CO., Appellant. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Levy S. Davis against the John T. Noye Manufacturing Company. No opinion. Judgment affirmed.

DELEHANTY, Respondent, v. PHILADEL-PHIA & R. R. CO., Appellant. (Supreme Court, General Term, First Department. November 15, 1895.) Action by James E. Delehanty against the Philadelphia & Reading Railroad Company. J. J. Coleman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re DEPARTMENT OF PUBLIC PARKS. (Supreme Court, General Term, First Department. October 18, 1895.) In the matter of the department of public parks, Twenty-Third and Twenty-Fourth wards. No opinion. Application denied.

DEVLIN, Respondent, v. NEW YORK EL. RY. CO. et al., Appellants. (Supreme Court, General Term, First Department. November 15, 1895.) Action by John E. Devlin, individually, etc., against the New York Elevated Railway Company and others. B. Tolles, for appellants. W. G. Wilson, for respondent. No opinion. Judgment affirmed, with costs.

DODGE et al., Appellants, v. McKECHNIE, Respondent. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Arthur M. Dodge and others against Jessie McKechnie, as survivor, etc. No opinion. Judgment affirmed, with costs.

DODGE, Respondent, v. WEILL, Appellant. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Hampton Dodge against Henry Weill. No opinion. Order affirmed, with $10 costs and disbursements. See 30 N. Y. Supp. 681.

DRAPER, Respondent, v. McDONOUGH, Appellant. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by John Draper against Matthew McDonough. No opinion. Order affirmed, with $10 costs and disbursements.

DUFFY, Appellant, v. HAMILTON, Respondent. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by John Duffy, Sr., against Joseph Hamilton. No opinion. Judgment affirmed, with costs.

EAST RIVER GAS CO. OF LONG IS-LAND, Respondent, v. AHERN, Appellant. (Supreme Court, General Term, First Department. October 18, 1895.) Action by the East River Gas Company of Long Island against John F. Ahern. H. Thompson, for appellant. J. A. Donnelly, for respondent. No opinion.

Order reversed, with $10 costs and disbursements; and motion denied, with $10 costs.

EATON, Plaintiff, v. NEW YORK CENT. & H. R. R. Co., Defendant. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Edwin A. Eaton against the New York Central & Hudson River Railroad Company. No opinion. Plaintiff's motion for a new trial granted; costs to abide the event.

EDDY, Appellant, v. BRIGGS, Respondent. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by John M. Eddy against Milo A. Briggs. No opinion. Judgment and order affirmed.

EMERSON, Appellant, v. EMERSON, Respondent. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Emily A. Emerson against Jesse M. Emerson, Jr., for divorce. From an order denying plaintiff's motion for an allowance for counsel fees, to resist a motion made by defendant for a reduction of alimony, plaintiff appeals. For former reports, see 22 N. Y. Supp. 684, and 26 N. Y. Supp. 291, 292. Edward G. Black, for appellant. Charles J. Hardy, for respondent.

PER CURIAM. Even if the court could entertain this motion, our examination of the record leads to the conclusion that the discretion of the special term was not improperly exercised in refusing to allow a counsel fee to the plaintiff, to be employed in securing counsel to oppose defendant's motion. The order should be affirmed, with $10 costs and printing disbursements.

FERGUSON, Respondent, v. PERFECTION THERMOMETER, ETC., CO., Appellant. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Robert Ferguson against the Perfection Thermometer, etc., Company. E. F. Stern, for appellant. J. A. Weekes, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FIRST NAT. BANK OF JERSEY CITY, Respondent, v. MARTIN, Appellant. (Supreme Court, General Term, First Department. October 18, 1895.) Action by the First National Bank of Jersey City against George W. Martin, impleaded, etc. W. N. Armstrong, for appellant. H. Wallis, for respondent. No opinion. Judgment and order affirmed, with costs.

GEIS et al., Respondents, v. NEW YORK EL. RY. CO., Appellant. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Maria Geis and others against the New York Elevated Railway Company. B. Tolles, for appellant. W. R. Page, for respondents. No opinion. Judgment modified by reducing fee damage to $5,000, and rental damage to $2,500, and, as modified, affirmed, without costs.

GENEVA & W. RY. CO., Respondent, v. NEW YORK CENT. & H. R. R. CO. et al.,

Appellants. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Proceeding by the Geneva & Waterloo Railway Company against the New York Central & Hudson River Railroad Company and another. No opinion. Order affirmed, with $10 costs and disbursements. See 35 N. Y. Supp. 339.

GENEVA & W. RY. CO., Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by the Geneva & Waterloo Railway Company against the New York Central & Hudson River Railroad Company, impleaded, etc. No opinion. Order modified by adding thereto a clause to the effect that the manner of crossing shall be determined by the commissioners as provided by the statute, and, as so modified, affirmed, with $10 costs and disbursements. DAVY, J., not sitting.

GEORGI, Respondent, v. ALEXE et al., Appellants. (City Court of New York, General Term. November 26, 1895.) Action by Isabella Georgi against Frank Alexe and another. George B. Ashley, for appellants. George Treifeld, for respondent.

FITZSIMONS, J. The issues presented by the allegation contained in the "first defense" are clear and unmistakable, and, if sustained, are sufficient to defeat the plaintiff herein. As to the "second defense," so called in the answer, I am not able to find therein any defense to this cause of action, except that part of "seventh" paragraph which alleges "that the notes in suit were procured from defendant without consideration." This is simply a repetition of the first defense in substance, and is therefore redundant matter, and all the other matters set forth are clearly irrelevant to the issues herein, and have no legal merit; so that the order appealed from was properly made, and is affirmed, with costs.

GERMAN-AMERICAN BANK OF TONAWANDA, Respondent, v. DALY, Appellant. (Supreme Court, General Term, Fifth Department. July, 1895.) Action by the German-American Bank of Tonawanda, N. Y., against Cornelius Daly. No opinion. Judgment affirmed.

GERMAN VICI CO., Appellant, v. KRAUSE, Respondent. (Supreme Court, General Term, Fourth Department. February Term, 1895.) Action by the German Vici Company against Kilian Krause. No opinion. Order affirmed, with $10 costs and disbursements.

GERSTEIN, Respondent, v. FISHER, Appellant. (Superior Court of New York City, General Term. October 24, 1895.) Action by Israel Gerstein against Robert W. Fisher. From an order denying a motion to serve a supplemental answer, defendant appeals. Affirmed. Oscar H. Bogart, for appellant. Louis Steckler, for respondent.

PER CURIAM. The order appealed from should be affirmed on the opinion filed by the learned judge below. 33 N. Y. Supp. 1120. In view of the decisions in Collins v. Hydorn, 135 N. Y. 320, 32 N. E. 69, and Furlong v. Banta, 80 Hun, 248, 29 N. Y. Supp. 985, the case of Anderson v. Railroad Co., 9 Daly, 487, cannot be followed, and the decision of Featherson v. Turnpike Co. (Sup.) 24 N. Y. Supp. 603, has no application. Order affirmed, with $10 costs and disbursements.

GILBERT, Appellant, v. NOBLE et al., Respondents. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Mary G. Gilbert against Levi Noble and others. No opinion. Order affirmed, with $10 costs and disbursements.

GLEASON, Respondent, v. THORN et al., Appellants. (City Court of New York, General Term. October 29, 1895.) Action by Thomas Jay Gleason against Charles W. Thorn and another. Davis, Short & Townsend, for appellant. L. J. Morrison, for respondent.

FITZSIMONS, J. The answer alleges that the books in question were to be bound in a good quality of leather. That allegation is specifically referred to because it is quite apparent from the record that the leather used in the covering of the books was the main cause of this litigation. Therefore, it seems to us that, if the evidence shows that the leather so used was good, the judgment should stand. All through the case we find the usual conflict of testimony. On plaintiff's behalf it is claimed that the contract was fully performed. On defendants' side the contrary is claimed, but the defendants' witnesses apparently were not judges of good leather, and their evidence seems to rest mainly on their fancy; their testimony, in substance, being that they did not like the leather as much as the sample, and, in their opinion, it was not the same. Evidently, their opinion was not entitled to as much credibility or weight as was the testimony of plaintiff's witnesses, who are experienced men; and the jury were justified in so finding. It seems to us that no error was committed, and that the judgment must be affirmed, with costs. McCARTHY, J., concurs.

GOLDSTEIN v. BUSH. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Max Goldstein against Irving T. Bush. No opinion. Motion to dismiss appeal granted.

GRAHAM v. GRAHAM (two cases). (Supreme Court, General Term, First Department. November 15, 1895.) Actions by Thomas C. Graham against John Graham. No opinion. Motions denied.

GREEN, Appellant, v. MIDDLESEX VALLEY R. CO., Respondent. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Ida Green against the Middlesex Valley Railroad Company. No opinion. Order (32 N. Y. Supp. 177) affirmed, with $10 costs and disbursements. WARD, J., not voting.